```
         UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
              WESTERN DIVISION
```

ODELL FLAGG-ALLEN HERSELF AND                              PLAINTIFF
AS EXECUTRIX OF THE ESTATE OF
MRS. ELIZABETH DAVENPORT MIDDLETON

VERSUS                          CIVIL ACTION NO. 5:07cv179-DCB-JMR

LAYUNA CARSON AND
GRANTHOUSE PUBLISHING, A CORPORATION                      DEFENDANTS

## ORDER

This matter comes before the Court on the pro se plaintiff's ex parte Motion to Stay. Having carefully considered the Motion, applicable statutory and case law, and being otherwise fully advised as to the premises, the Court finds and orders as follows:

On September 24, 2007, Odell Flagg Allen filed a complaint [docket entry no. 1] in this Court on behalf of herself and as executrix of the Estate of Elizabeth Davenport Middleton against Layuna Carson and Granthouse Publishing. On October 18, 2007, Carson moved the Court for an additional fourteen days to file her answer to the plaintiff's complaint. The Court granted Carson's request for an extension on October 23, 2007. Carson timely filed her Answer [docket entry no. 6] on November 5, 2007. On the same day, Carson also filed a Motion to Dismiss, wherein she argues that the plaintiff lacks legal standing to sue on behalf of the Estate of Elizabeth Davenport Middleton. The plaintiff's response to the Motion to Dismiss was due on November 19, 2007 pursuant to Local

Rule 7.2(D) and Federal Rule of Civil Procedure 6(a).

On November 14, 2007, the plaintiff sent a letter to this Court via facsimile wherein she informs the Court that her attorney had returned her case file to her on November 13, 2007 on account of his recent disbarment. The plaintiff is now proceeding pro se and requests thirty days to find another attorney to represent her in this matter. The Court interprets the plaintiff's letter as a Motion to Stay and finds that sufficient cause has been shown such that her Motion is well-taken. Accordingly,

**IT IS HEREBY ORDERED** that the pro se plaintiff's ex parte Motion to Stay is **GRANTED.** The plaintiff shall have thirty (30) days from the date of this Order to retain new counsel for representation in this matter. All deadlines will be suspended and the cause stayed during said period of time.

**SO ORDERED,** this the   19th   day of November 2007.


                                       s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE